16173

CHAVIS v. GRIGGS
(51 S. E. (2d 512)

*Messrs. J. E. Dudley,* of Bennettsville, *and Willcox, Hardee, Houck & Palmer,* of Florence, *for Appellant,*

*Messrs. W. A. Rogers* and *R. M. Lindsay,* of Bennettsville, *for Respondent,*

January 25, 1949.

TAYLOR, Justice:

This appeal is from an Order of Honorable J. Woodrow Lewis, Circuit Judge, dated November 22, 1947, sustaining a demurrer to a counterclaim interposed by appellant in the Court of Common Pleas for Marlboro County. Such demurrer was interposed on the theory that it did not arise out of the contract or transaction set forth in the complaint and was not connected with the subject of the action. The exceptions are three in number, but in our view raise the single question as to whether or not the counterclaim was connected with or arose out of the subject of the action and the transaction set forth in the complaint.

In sustaining the demurrer, Judge Lewis' Order held that the cause of action set forth in the counterclaim did not arise out of the contract or transaction alleged in the complaint and was not connected with the subject of the action. It is our view that the said Order is a correct statement of the law applicable to the case and the exceptions are accordingly overruled and the case remanded for such further action as the parties may be advised.

Let the Order of Judge Lewis be reported herewith.

BAKER, C. J., and FISHBURNE, STUKES and OXNER, JJ., concur.